## THE PEOPLE v. RIVERA.

### APPEAL from the District Court of Ponce.

No. 92.—Decided Ocotber 11, 1907.

APPEAL—JUDGMENTS IN CRIMINAL CASES.—Judgments rendered by the district court on appeal from municipal courts must not affirm the judgment of the inferior court, but as the trial is held *de novo* they must proceed to render a new judgment in accordance with the result of the evidence.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

The defendant in this case was proceeded against by complaint for petit larceny, and on appeal to the District Court of Ponce was sentenced to fifteen days in jail. In this court the appellant made no appearance on the day of the hearing The proof was not certified to us in any way, and we find nothing in the record which would justify us in reversing the case, and the judgment appealed from must be affirmed.

As the trial in the district court was a proceeding *de novo* the judgment of that court should not have been in the form of an affirmance of the judgment of the inferior court, and

the sentence of this court will therefore merely affirm the infliction of the penalty and the costs.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, Figueras and MacLeary concurred.